**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

Docket Number(s): 25-2749

Motion for: Withdraw Appeal

Caption [use short title]

Lask v Rhee-Karn

Set forth below precise, complete statement of relief sought:

Withdraw appeal filing

MOVING PARTY: Lask          OPPOSING PARTY: none

☑ Plaintiff          ☐ Defendant

☑ Appellant/Petitioner          ☐ Appellee/Respondent

MOVING ATTORNEY: Susan Chana Lask, Esq          OPPOSING ATTORNEY: Douglas Dollinger

[name of attorney, with firm, address, phone number and e-mail]

244 Fifth Avenue #2369          ddollingeresq@gmail.com

New York, NY 10001          (although Mr. Dollinger's appearance was found defective by the Court, the undersigned obtained his consent for this motion)

917-300-1958

Court- Judge/ Agency appealed from:

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed   ☐ Opposed   ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes   ☑ No   ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this court?   ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested?   ☐ Yes   ☑ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?   ☐ Yes   ☑ No   If yes, enter date:

**Signature of Moving Attorney:**

/s/Susan Chana Lask          Date: 12/2/2025          Service : ☑ Electronic   ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

_____

**LASK,**

                **Plaintiff,**                **CASE NUMBER: 25-2749**

    **-against-**

**Rhee-karn**                      **DECLARATION OF
SUSAN CHANA LASK, ESQ.**
               **Defendants.**         **SUPPORTING MOTION TO
WITHDRAW APPEAL**

_____

    Susan Chana Lask, Esq., certifies in this motion/declaration as follows:

1.  I represent the Appellant/Movant in this action.  This is a routine, unopposed procedural motion that the clerk may decide per Local R. 27.1(c).

2.  There is no opposition as shown by the attached Form T-1080 as counsel agrees to this motion to withdraw the appeal.

2.  It is respectfully requested that this appeal is withdrawn.

    Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 2, 2025              Yours, etc

                         **LAW OFFICES OF SUSAN CHANA LASK**

                         /s/ Susan Chana Lask

                         _____

                         **BY:  Susan Chana Lask, Esq.
244 Fifth Avenue, Suite 2369
New York, NY 10001
(917) 300-1958**

                         _Attorney for Appellant/Movant_